**E-FILED on** 7/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLADYS GOMEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CHASE BANK, an unknown entity; GREENPOINT, a New York company, and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. C-09-2099 RMW<br><br>ORDER GRANTING MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM<br><br>**[Re Docket No. 5]** |

Defendant Chase Home Finance LLC's motion to dismiss the Second Amended Complaint came on for hearing before the court on July 10, 2009. Plaintiff did not oppose the motion and did not appear at the hearing. Having reviewed the papers submitted, the motion to dismiss appears to be well-founded. For good cause appearing, the motion to dismiss is GRANTED for failure to state a claim upon which relief may be granted. In view of plaintiffs' failure to oppose the motion or appear at the hearing, and the fact that she has already twice amended her complaint, the court concludes that plaintiff may not successfully amend the complaint. Accordingly, no leave to amend is granted.

DATED:      7/13/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A
CLAIM—No. C-09-2099 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

David Augustus Garcia        david.garcia@tafoyagarcia.com

**Counsel for Defendant Chase:**

John M. Sorich              jsorich@adorno.com

Sung-Min Christopher Yoo    cyoo@adorno.com

Valerie Kim Brennan         vbrennan@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   7/14/09                                    TER
                                               **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM—No. C-09-2099 RMW
TER                                2

United States District Court
For the Northern District of California