**E-FILED on** 7/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLADYS GOMEZ, | No. C-09-2099 RMW |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CHASE BANK, an unknown entity; GREENPOINT, a New York company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On July 13, 2009, the court issued an order dismissing the claims against defendant Chase Home Finance LLC without leave to amend for failure to state a claim upon which relief could be granted. The only remaining named defendant is Greenpoint. More than 120 days have passed since the date of the Second Amended Complaint, which first named Greenpoint as a defendant, and it does not appear that defendant Greenpoint has been served with summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. Additionally, it appears that the second amended complaint is as deficient against defendant Greenpoint as it was found to be as against defendant Chase Home Finance LLC.

ORDER TO SHOW CAUSE—No. C-09-2099 RMW
TER

The court therefore orders plaintiff to show cause why her complaint should not be dismissed as to all remaining defendants for (a) failure to state a claim and (b) failure to timely serve the remaining defendants. Plaintiff shall submit any written materials by July 24, 2009 and may appear for a hearing on July 31, 2009 at 9:00 a.m. <u>A failure by plaintiff to file papers showing cause as to why her case should not be dismissed will result in dismissal of her case</u>.

DATED: 7/14/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

David Augustus Garcia    david.garcia@tafoyagarcia.com

**Counsel for Defendant Chase:**

John M. Sorich    jsorich@adorno.com

Sung-Min Christopher Yoo    cyoo@adorno.com

Valerie Kim Brennan    vbrennan@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    7/14/09                                         TER
                                                    **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—No. C-09-2099 RMW
TER                                               3