**E-FILED on** 8/4/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLADYS GOMEZ, | No. C-09-2099 RMW |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| CHASE BANK, an unknown entity; GREENPOINT, a New York company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On July 14, 2009, the court issued an order to show cause why plaintiff's complaint should not be dismissed as to all remaining defendants for (a) failure to state a claim and (b) failure to timely serve the remaining defendants. The order noted that the only remaining named defendant is Greenpoint and that more than 120 days had passed since the date of the pleading that first named Greenpoint as a defendant, and it did not appear that Greenpoint had been served. The July 14 order directed plaintiff to submit any written response by July 24, 2009, with hearing set for July 31, 2009 at 9:00 a.m. The order also expressly warned plaintiff that "[a] failure by plaintiff to file papers showing cause as to why her case should not be dismissed will result in dismissal of her case."

1  Nevertheless, plaintiff did not file any response papers by July 24, 2009.  Plaintiff also did not
2  appear at the July 31 hearing.  Accordingly, this action is dismissed without prejudice.

DATED:     7/31/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

David Augustus Garcia        david.garcia@tafoyagarcia.com

**Counsel for Defendant Chase:**

John M. Sorich              jsorich@adorno.com

Sung-Min Christopher Yoo    cyoo@adorno.com

Valerie Kim Brennan         vbrennan@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/4/09                                    TER
                                                **Chambers of Judge Whyte**