**E-FILED on** 8/4/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLADYS GOMEZ, | No. C-09-2099 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| CHASE BANK, an unknown entity; GREENPOINT, a New York company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On July 13, 2009, the court granted without leave to amend defendant Chase Home Finance LLC's motion to dismiss. On July 31, 2009, the court dismissed this action without prejudice. THEREFORE,

IT IS HEREBY ADJUDGED that plaintiff take nothing by way of her complaint and that judgment be entered in favor of all defendants.

DATED: 8/4/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-2099 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

David Augustus Garcia          david.garcia@tafoyagarcia.com

**Counsel for Defendant Chase:**

John M. Sorich          jsorich@adorno.com

Sung-Min Christopher Yoo          cyoo@adorno.com

Valerie Kim Brennan          vbrennan@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/4/09                                                TER
                                                                    **Chambers of Judge Whyte**

JUDGMENT—No. C-09-2099 RMW
TER                                                         2